IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LUCY M. McLAUGHLIN,**

        Plaintiff,

  vs.                                      Civil Action 2:09-CV-650
                                          Judge Marbley
                                          Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

        Defendant.

<u>ORDER</u>

On July 28, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be affirmed and that this action be dismissed.  *Report and Recommendation*, Doc. No. 18.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  The decision of the Commissioner is **AFFIRMED** and this action is hereby **DISMISSED**.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

                                                          s/Algenon L. Marbley
                                                          Algenon L. Marbley
                                                     United States District Judge