**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

**LUCY M. McLAUGHLIN,**

       Plaintiff,

vs.                                                                 Civil Action 2:09-CV-650
                                                                   Judge Marbley
                                                                   Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

       Defendant.

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the August 17, 2010 Order, the Court ADOPTED and AFFIRMED the Report and Recommendation.  The decision of the Commissioner is AFFIRMED and this action is DISMISSED.  Final Judgment is entered pursuant to Sentence 4 of 42 U.S.C. § 405(g).

Date:  **August 17, 2010**                        **James Bonini, Clerk**

                                                                  s/Betty L. Clark
                                                                   Betty L. Clark/Deputy Clerk